UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, et al.,

                                    Petitioners,

          - against -

BMC STOCK HOLDINGS, INC.,

                                    Respondent.

CASE NO.  18 CV 5777 (RJS)

**CERTIFICATE OF SERVICE**

          Michael W. Antonivich, hereby certifies pursuant to 28 U.S.C. 1746 and under penalty of perjury that on the 13th day of July, 2018, I served a true copy of the **MEMORANDUM OF LAW IN SUPPORT OF PETITIONER'S PETITION TO COMPEL ARBITRATION** upon respondent BMC Stock Holdings, Inc.in the manner indicated below:

***By First Class Mail***

BMC Stock Holdings, Inc.
Respondent
Two Lakeside Commons
980 Hammond Drive NE
Atlanta, Georgia 30328

BMC Stock Holdings, Inc.
c/o Corporation Service Co.
Registered Agent of Service for Respondent
251 Little Falls Drive
Wilmington, DE 19808

Dated: New York, New York
          July 13, 2018

_____
          Michael W. Antonivich