UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., AMERICAN HOME ASSURANCE COMPANY, THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>Petitioners,<br><br>-against-<br><br>BMC STOCK HOLDINGS, INC.,<br><br>Respondent. | Case No.: 1:18-cv-05777 (RJS) |

## NOTICE OF APPEARANCE OF COUNSEL

TO: THE CLERK OF THE COURT:

      PLEASE enter the appearance of Allen R. Wolff of Anderson Kill P.C., as counsel on behalf of Respondent BMC STOCK HOLDINGS, INC. in the above-captioned matter. The undersigned is in good standing with the Bar of the State of New York.

Dated:   New York, New York
           July 16, 2018

ANDERSON KILL P.C.

_____
Allen R. Wolff
Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 278-1000
Fax: (212) 278-1733
awolff@andersonkill.com
*Counsel for Respondent*

docs-100024492.1