UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTBURGH, PA.; AMERICAN HOME ASSURANCE COMPANY; and THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>                Petitioners,<br><br>v.<br><br>BMC STOCK HOLDINGS, INC.,<br><br>                Respondent. | No. 1:18-cv-05777-RJS |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff BMC STOCK HOLDINGS, INC. discloses and certifies as follows:

BMC STOCK HOLDINGS, INC. (a private non-governmental party) is a Delaware Corporation with its principal place of business in Georgia. BMC STOCK HOLDINGS, INC. has no parent entities.

No publicly held corporation owns 10% or more of BMC STOCK HOLDINGS, INC.'s stock.

Dated: August 3, 2018

                                    ANDERSON KILL P.C.

                                    By: _____
                                    Allen R. Wolff, Esq.
                                    1251 Avenue of the Americas
                                    New York, New York 10020
                                    Telephone: (212) 278-1000
                                    Facsimile: (212) 278-1733
                                    E-mail: awolff@andersonkill.com

                                    *Attorneys for BMC Stock Holdings, Inc.*

docs-100027331.1