UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.; AMERICAN HOME ASSURANCE COMPANY; and THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>Petitioners,<br><br>v.<br><br>BMC STOCK HOLDINGS, INC.,<br><br>Respondent. | No. 1:18-cv-05777-RJS<br><br>**DECLARATION OF MAUREEN THOMAS IN SUPPORT OF RESPONDENT BMC STOCK HOLDINGS, INC.'S MEMORANDUM IN OPPOSITION TO PETITION TO COMPEL ARBITRATION** |

I, MAUREEN THOMAS, declare as follows:

1. I am in-house legal and risk management counsel for Respondent BMC Stock Holdings, Inc. ("BMC"). I have personal knowledge of the facts stated in this declaration in support of BMC's opposition to the Petition to Compel Arbitration filed against BMC by Petitioners National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), American Home Assurance Company ("AHA") and the Insurance Company of the State of Pennsylvania ("ICSOP") (National Union, AHA, and ICSOP, collectively "AIG") in the United States District Court For the Southern District of New York and, if called as a witness, could testify competently thereto.

2. Annexed hereto as Exhibit "A" is a true and correct copy of Commercial General Liability insurance policy number GL 933-29-02 issued by AIG, through its subsidiary National Union, to BMC's predecessor Building Materials Holding Corporation, for coverage of BMC's construction operations (services) for the period November 11, 2003 through November 11, 2004.

1

3. Annexed hereto as Exhibit "B" is a true and correct copy of Commercial General Liability insurance policy number GL 480-60-23 issued by AIG, through its subsidiary AHA, to BMC's predecessor Building Materials Holding Corporation, for coverage of BMC's lumber and building materials retail (supply) for the period November 11, 2003 through November 11, 2004.

4. Annexed hereto as Exhibit "C" is a true and correct copy of Commercial General Liability insurance policy number GL 694-60-10 issued by AIG, through its subsidiary National Union, to BMC's predecessor Building Materials Holding Corporation, for coverage of BMC's construction operations (services) for the period November 11, 2004 through November 11, 2005.

5. Annexed hereto as Exhibit "D" is a true and correct copy of Commercial General Liability insurance policy number GL 554-87-69 issued by AIG, through its subsidiary National Union, to BMC's predecessor Building Materials Holding Corporation, for coverage of BMC's lumber and building materials retail (supply) for the period November 11, 2004 through November 11, 2005.

I declare under penalty of perjury under the laws of the state of New York that the foregoing is true and correct.

Executed this 2nd day of August, 2018 at White Lake, Michigan.

_____
Maureen Thomas