UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., AMERICAN HOME ASSURANCE COMPANY, THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>                    Petitioners,<br><br>       -against-<br><br>BMC STOCK HOLDINGS, INC.,<br><br>                    Respondent. | Case No.: 1:18-cv-05777 (RJS) |

## NOTICE OF APPEARANCE OF COUNSEL

TO: THE CLERK OF THE COURT:

PLEASE enter the appearance of Ethan W. Middlebrooks of Anderson Kill P.C., as counsel on behalf of Respondent BMC STOCK HOLDINGS, INC. in the above-captioned matter. The undersigned is in good standing with the Bar of the State of New York.

Dated:  New York, New York
        August 6, 2018

**ANDERSON KILL P.C.**

/s/ Ethan W. Middlebrooks
Allen R. Wolff
Ethan W. Middlebrooks
Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 278-1000
Fax: (212) 278-1733
awolff@andersonkill.com
emiddlebrooks@andersonkill.com

*Counsel for Respondent*

docs-100028202.1