UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, et al.,

                      Petitioners,

         -v-

BMC STOCK HOLDINGS, INC.,

                      Respondent.

18-CV-5777 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    On October 29, 2018, this case was reassigned from Judge Sullivan. The parties are directed to file a joint status letter informing the Court of the present status of the California action on or before November 26, 2018.

    SO ORDERED.

Dated: November 16, 2018
       New York, New York

                                        J. PAUL OETKEN
                                  United States District Judge