# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

NATIONAL UNION FIRE INSURANCE COMPANY OF

PITTSBURGH, PA, et al.

(List the full name(s) of the plaintiff(s)/petitioner(s).)

1:18 CV 05777 ( JPO )( )

-against-

**NOTICE OF APPEAL**

BMC STOCK HOLDINGS, INC.

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: BMC STOCK HOLDINGS, INC.

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the   ☐ judgment   ☑ order   entered on:   December 3, 2018

(date that judgment or order was entered on docket)

that:

Granted Petitioners' Petition to compel arbitration and denied Respondents' Cross-Motion to dismiss the Petition.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

December 20, 2018
Dated

Signature*

Wolff, Allen R.
Name (Last, First, MI)

| Anderson Kill P.C., 1251 Ave. of the Americas | New York | NY | 10020 |
|---|---|---|---|
| Address | City | State | Zip Code |

212-278-1379
Telephone Number

awolff@andersonkill.com
E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13