UNITED STATES DISTRICT COURT
SOUTHEN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., AMERICAN HOME ASSURANCE COMPANY, THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>                Petitioners,<br><br>v.<br><br>BMC STOCK HOLDINGS, INC.,<br><br>                Respondent. | Case No. 1:18-cv-05777-JPO |

**NOTICE OF MOTION TO STAY PENDING APPEAL**

PLEASE TAKE NOTICE that Respondent BMC Stock Holdings, Inc. ("BMC") will move this Court at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, in Courtroom 706 before the Honorable J. Paul Oetken, United States District Judge, at a date and time to be determined by the Court, for a stay of the Court's December 3, 2018 Order pending BMC's appeal to the Second Circuit of that December 3, 2018 Order, together with such other and further relief as the Court deems just and proper. This Motion based upon this Notice of Motion, the accompanying Memorandum of Law in Support of Motion To Stay Pending Appeal, and the accompanying Declaration of Allen R. Wolff in Support of BMC Stock Holdings, Inc.'s Motion To Stay Pending Appeal, together with all pleadings and records on file herein, and such further argument and evidence as the Court may consider.

Dated: January 7, 2019              **ANDERSON KILL P.C.**

                                            By: /s/ Allen R. Wolff
                                                 Allen R. Wolff, Esq.

Ethan W. Middlebrooks, Esq.
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 278-1000
Facsimile: (212) 278-1733
E-mail: awolff@andersonkill.com
E-mail: emiddlebrooks@andersonkill.com

*Attorneys for BMC Stock Holdings, Inc.*

docs-100084295.1